UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AHMAD SHREATEH,

              Plaintiff,

v.                                                    Civ. A. No.

FANNIE MAE and
MARK HOLMES,                          04 11713 NMG

              Defendants.

**DEFENDANT FANNIE MAE'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant Fannie Mae states as follows:

1. Fannie Mae has no parent corporation.

2. No publicly held company holds more than 10 percent of the stock of Fannie Mae.

        FANNIE MAE
        By its attorneys,

        _____
        Neil Jacobs (BBO #249300)
        C. Tama Donovan (BBO #641292)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

Dated: August 3, 2004

DOCKETED

- 1 -

BOSTON 1965033v1

- 2 -

## CERTIFICATE OF SERVICE

I, C. Tama Donovan, hereby certify that on August 3, 2004, I caused a copy of the foregoing Notice of Removal to be served, by overnight mail, upon the plaintiff: Ahmad Shreateh, 12 Palis Drive, Salisbury, MA 01952.

_____
C. Tama Donovan

BOSTON 1965033v1