AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | |
|---|---|
| AHMAD SHREATEH )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>)<br>FANNIE MAE, a/k/a )<br>and )<br>MARK HOLMES )<br>    Defendants ) | **APPEARANCE**<br><br>Case Number: 04-11713-NMG |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Plaintiff Ahmad Shreateh

I certify that I am admitted to practice in this court.

_____October 25, 2004_____  
Date

Signature

Thornton E. Lallier, Esq.     283680  
Print Name                    Bar Number  
LALLIER LAW OFFICE  
159 Main St., P.O. Box 689  
Address  
Amesbury,     MA     01913  
City            State      Zip Code  
978-388-9500              978-388-9501  
Phone Number              Fax Number