UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25  P 2: 16

Civ. A. No. 04-11713-NMG

DISTRICT COURT
DISTRICT OF MASS.

```
AHMAD SHREATEH         )
        Plaintiff      )
                       )
vs.                    )      CERTIFICATE TO RESOLVE ISSUES
                       )            LOCAL RULE 7.1
FANNIE MAE and         )
MARK HOLMES            )
        Defendants     )
```

I, Thornton E. Lallier, Esq., Plaintiff's Counsel, certify that on October 15, 2004 I called Defendant Fannie Mae's counsel C. Tama Donovan, Esq., at Wilmer Cutler Pickering Hale & Dorr, L.P., 60 State Street, Boston, MA 02109, Telephone 617-526-6000 and discussed Plaintiff's submission of an Amended Complaint and the acceptance of service for Mark Holmes, their employee.

Result of conference was there was no resolution or acceptance on the issue at this time.

I certify that I have conferred and have attempted in good faith to resolve or narrow the above issues.

Signed under the pains and penalties of perjury this 21st day of October, 2004.

Thornton E. Lallier, Esq.
Lallier Law Office
159 Main Street, P.O. Box 689
Amesbury, MA 01913
978-388-9500
BBO#283680

CERTIFICATE OF SERVICE

I, Thornton E. Lallier, Esq., certify that I have mailed a copy of the foregoing to Neil Jacobs, Esq., and C. Tama Donovan, Esq., Wilmer Cutler Pickering Hale & Dorr, L.P., 60 State Street, Boston, MA 02109 on October 25, 2004.

_____
Thornton E. Lallier, Esq.