UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AHMAD SHREATEH,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FANNIE MAE and<br>MARK HOLMES,<br><br>　　　　　　　Defendants. | Civil Action No. 04-11713-NMG |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.5.2, the below-named counsel hereby enter their special appearance as counsel in this action for the individual defendant, Mark Holmes. This special appearance as counsel for Mr. Holmes is entered solely for the purpose of Mr. Holmes' opposition to Plaintiff's Affidavit to Serve Summons Upon Defendant Mark Holmes – Late – With an Amended Complaint. By entry of this special appearance, Mr. Holmes does not consent to service of process or jurisdiction in this Court, and does not waive any defense, including the defense of lack of personal jurisdiction.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　MARK HOLMES

　　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　　/s/ C. Tama Donovan
　　　　　　　　　　　　　　　　　　　Neil Jacobs (BBO # 249300)
　　　　　　　　　　　　　　　　　　　C. Tama Donovan, Esq. (BBO #641292)
　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　(617) 526-6000

Dated this 10th day of November, 2004.

2

## CERTIFICATE OF SERVICE

I, C. Tama Donovan, do hereby certify that on this 10th day of November, 2004, I caused a true and correct copy of the foregoing document to be served by first class mail on counsel for the Plaintiff: Thorton E. Lallier, Esq., Lallier Law Office, 159 Main Street, P.O. Box. 689, Amesbury, MA 01913.

/s/ C. Tama Donovan