UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AHMAD SHREATEH,

                Plaintiff,

     v.                        Civ. A. No. 04 11713-NMG

FANNIE MAE and
MARK HOLMES,

                Defendants.

## FANNIE MAE'S RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, defendant Fannie Mae and its counsel affirm that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

FANNIE MAE                                                      On behalf of Fannie Mae,

By its attorneys,

/s/ C. Tama Donovan                                 /s/ Valaree Moodee, Esq.
Neil Jacobs (BBO# 249300)                      Valaree Moodee, Esq.
C. Tama Donovan (BBO# 641292)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

2