UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. A. No. 04-11713-NMG

| | | |
|---|---|---|
| **AHMAD SHREATEH** | ) | |
| 12 Palis Drive | ) | |
| Salisbury, MA 01952 | ) | |
| Plaintiff | ) | |
| | ) | |
| **vs.** | ) | **PLAINTIFF'S OPPOSITION TO DEFENDANT** |
| | ) | **FANNIE MAE'S OPPOSITION, BY WAY OF** |
| **FANNIE MAE, a/k/a** | ) | **SPECIAL APPEARANCE, TO PLAINTIFF'S** |
| Wisconsin Avenue, | ) | **REQUEST FOR AN EXTENSION OF TIME TO** |
| Washington, D.C. | ) | **MAKE AMENDED SERVICE** |
| | ) | |
| **and** | ) | |
| | ) | |
| **MARK HOLMES** | ) | |
| c/o Fannie Mae | ) | |
| Wisconsin Avenue, | ) | |
| Washington, D.C. | ) | |
| Defendants | ) | |

Now comes the Plaintiff and **opposes** Defendant Fannie Mae's

Opposition, by way of Special Appearance, to Plaintiff's Request

for an extension of time to make amended service, and for

reasons state:

1.  Defendant's issue that its an issue of special/general

    jurisdiction is not relevant because said Defendant has

    answered and has made a special appearance for Mark Holmes

    as Defendant.

2.  The real issue, if any, should be FRCP 4(a) and 4(b). But

    Plaintiff is allowed under FRCP 4(a) by the Court, if it so

declares, to amend and serve the corrected summons anew.

*2nd Circuit - Kroetz - AFT - Davidson Co. (1984 ED NY) 102*

*FRD 934.*

3.    Wherefore, Plaintiff requests this Court to strike

Defendant's Opposition to Plaintiff's Request for an

extension of time to make amended service.

By Plaintiff's Attorney,

Thornton E. Lallier, Esq.
Lallier Law Office
159 Main Street, P.O. Box 689
Amesbury, MA 01913
978-388-9500
BBO#283680
E-mail: ted@lallierlaw.com

Dated:  November 18, 2004.

CERTIFICATE OF SERVICE

I, Thornton E. Lallier, Esq., certify that I have mailed a
copy of the foregoing to Neil Jacobs, Esq., and C. Tama Donovan,
Esq., Wilmer Cutler Pickering Hale & Dorr, L.P., 60 State
Street, Boston, MA 02109 on November 18, 2004.

Thornton E. Lallier, Esq.

2