UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. A. No. 04-11713-NMG

| | |
|---|---|
| **AHMAD SHREATEH**<br>12 Palis Drive<br>Salisbury, MA 01952<br>    Plaintiff<br><br>vs.<br><br>**FANNIE MAE, a/k/a**<br>Wisconsin Avenue,<br>Washington, D.C.<br><br>**and**<br><br>**MARK HOLMES**<br>c/o Fannie Mae<br>Wisconsin Avenue,<br>Washington, D.C.<br>    Defendants | **PLAINTIFF'S MOTION TO AMEND**<br>**SUMMONS TO MARK HOLMES** |

Now comes the Plaintiff and moves this Court to Amend the Plaintiff's summons to be served anew on the Defendant Mark Holmes of Washington, DC.

For reasons state:

1. To assist and clarify the parties in Plaintiff's Complaint and Amended Complaint.

2. No hardship or prejudice to the parties will be done because no substantial rights will be interfered with.

1