UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. A. No. 04-11713-NMG

| | |
|---|---|
| **AHMAD SHREATEH** ) <br> 12 Palis Drive ) <br> Salisbury, MA 01952 ) <br>     Plaintiff ) <br> ) <br> vs. ) <br> ) <br> **FANNIE MAE, a/k/a** ) <br> Wisconsin Avenue, ) <br> Washington, D.C. ) <br> ) <br> **and** ) <br> ) <br> **MARK HOLMES** ) <br> c/o Fannie Mae ) <br> Wisconsin Avenue, ) <br> Washington, D.C. ) <br>     Defendants ) | **CERTIFICATE TO RESOLVE ISSUES** <br> **LOCAL RULE 7.1** |

I, Thornton E. Lallier, Plaintiff's counsel, certify that on Wednesday November 17, 2004 at about 4:45 P.M. I called Defendant Fannie Mae's counsel at her office, left a message to call. At 6:00 P.M. said Defendant Counsel, C. Tama Donovan, Esq., called me back for purposes of resolving issues in:

1. Plaintiff's Opposition to Defendant's Opposition to Plaintiff's Request for Extension of time to complete service upon Mark Holmes, Fannie Mae's employee. And further oppose said Defendants issues on specific and

1

general jurisdiction issue which Plaintiff felt was not relevant as matter under FRCP 4.

2. Plaintiff's motion to amend by having a new summons issue against Defendant Mark Holmes.

Result was that neither attorney was able to resolve mutual issues.

I certify that I have conferred with said Defendant counsel in good faith to resolve and narrow the above issues.

Signed under the pains and penalties of perjury this 18th day of November, 2004.

Thornton E. Lallier, Esq.
Lallier Law Office
159 Main Street, P.O. Box 689
Amesbury, MA 01913
978-388-9500
BBO#283680
E-mail: ted@lallierlaw.com

CERTIFICATE OF SERVICE

I, Thornton E. Lallier, Esq., certify that I have mailed a copy of the foregoing to Neil Jacobs, Esq., and C. Tama Donovan, Esq., Wilmer Cutler Pickering Hale & Dorr, L.P., 60 State Street, Boston, MA 02109 on November 18, 2004.

Thornton E. Lallier, Esq.

2