UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. A. No. 04-11713-NMG

AHMAD SHREATEH          )
    Plaintiff  )
                       )
vs.                    )
                       )
FANNIE MAE and         )
MARK HOLMES            )
    Defendants)

**PLAINTIFF'S RULE 16.1 CERTIFICATION**

Pursuant to Local Rule 16.1, Plaintiff Ahmad Shreateh and his counsel affirm that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

By the Plaintiff's Attorney,

_____
Thornton E. Lallier, Esq.
Lallier Law Office
159 Main Street, P.O. Box 689
Amesbury, MA 01913
978-388-9500
BBO#238680

Plaintiff Ahmad Shreateh

_____

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 12/2/04.

_____
Thornton E. Lallier, Esq.