UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. A. No. 04-11713-NMG

AHMAD SHREATEH        )
        Plaintiff    )
                     )
vs.                  )
                     )
FANNIE MAE and       )
MARK HOLMES          )
        Defendants)

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF COUNTS III AND IV VERSUS MARK HOLMES

Plaintiff moves this Court for an Order dismissing Counts III and County IV of Plaintiff's Amended Complaint pertaining only to Mark Holmes, pursuant to Rule 41(a)(2).

The Defendant has not been served nor answered the complaint and will not be prejudiced.

The voluntary dismissal is requested to be without prejudice and without costs to either party.

See attached Affidavit.

By Plaintiff's Attorney,

Thornton E. Lallier, Esq.
Lallier Law Office
159 Main Street, P.O. Box 689
Amesbury, MA 01913
978-388-9500
BBO#283680