UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. A. No. 04-11713-NMG

AHMAD SHREATHE )
    Plaintiff )
    )
vs. )
    )
FANNIE MAE and )
MARK HOLMES )
    Defendants)

## PLAINTIFF ATTORNEY'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF COUNTS III AND IV VERSUS MARK HOLMES

I, Thornton E. Lallier, Esq., do certify and swear to the following facts to my knowledge and upon information considered reliable and true:

1. I am the Plaintiff's attorney to Plaintiff's Amended Complaint.

2. Upon research of the facts, it is correct to dismiss Count III and Count IV of the Plaintiff's Amended Complaint as to Mark Holmes.

3. The Plaintiff is not harmed as to his Count I and Count II of Civil Rights claims.

1

Signed under the pains and penalties of perjury this 13th day of December, 2004.

_____
Thornton E. Lallier, Esq.
Lallier Law Office
159 Main Street, P.O. Box 689
Amesbury, MA 01913
978-388-9500
BBO#283680

CERTIFICATE OF SERVICE

I, Thornton E. Lallier, Esq., certify that I have mailed a copy of the foregoing to C. Tama Donovan, Esq., Wilmer Cutler Pickering Hale & Dorr, L.P., 60 State Street, Boston, MA 02109 and Ahmad Shreateh, 12 Palis Drive, Salisbury, MA 01952 on December 13, 2004.

_____
Thornton E. Lallier, Esq.