**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AHMAD SHREATEH,<br><br>                Plaintiff,<br><br>           v.<br><br>FANNIE MAE and<br>MARK HOLMES,<br><br>                Defendants. | Civ. A. No. 04 11713-NMG |

DEFENDANT FANNIE MAE'S MOTION TO DISMISS ALL COUNTS OF THE PLAINTIFF'S AMENDED COMPLAINT AS AGAINST FANNIE MAE

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Fannie Mae[1] moves this Court to dismiss all Counts of plaintiff Ahmad Shreateh's (the "Plaintiff") Amended Complaint as against Fannie Mae (Counts I and II).[2]   In support of this motion, Fannie Mae states that:

(1)     Count I fails to state a claim under 42 U.S.C. § 1981 because there was no contractual relationship between the Plaintiff and Fannie Mae.

(2)     Count I fails to state a claim under 42 U.S.C. § 1981 for religious and sexual discrimination because such claims are not cognizable under 42 U.S.C. § 1981.

(3)      Count II fails to state a claim under 42 U.S.C. § 1983 because Fannie Mae did not act under color of state law.

---

[1] Fannie Mae is chartered as the Federal National Mortgage Association, but does business under the name Fannie Mae.  For ease of reference, the name Fannie Mae is used herein.
[2] Mark Holmes has not been served as a defendant in this lawsuit.  On December 13, 2004, Plaintiff filed a voluntary stipulation of dismissal of all claims against Mr. Holmes.

- 1 -

- 2 -

The grounds for this Motion are set forth in detail in the accompanying

memorandum.

WHEREFORE, defendant Fannie Mae moves that the Court:

(1)     Dismiss Counts I and II of Plaintiffs' Amended Complaint;

(2)     Order such relief as is just and proper.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to LR 7.1(A)(2), counsel for Fannie Mae certify that they have contacted

Plaintiff's attorney of record in an attempt to resolve or narrow the issues addressed in

this Motion.

### REQUEST FOR ORAL ARGUMENT

Because Fannie Mae believes that oral argument will assist the Court in deciding

this matter, it respectfully requests a hearing as to its Motion to Dismiss.


Respectfully submitted,


FANNIE MAE
By its attorneys,


/s/ C. Tama Donovan
Neil Jacobs  (BBO #249300)
C. Tama Donovan (BBO #641292)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated:  December 22, 2004

- 2 -

US1DOCS 4884734v1