# LALLIER LAW OFFICE

Thornton E. Lallier

Erna L. Lallier
   Paralegal

159 Main Street
Post Office Box 689
Amesbury, MA 01913-4989

Tel. (978) 388-9500
Fax (978) 388-9501
E-Mail: ted@lallierlaw.com

January 26, 2005

Honorable Nathaniel M. Gorton
Attention: Administrative Assistant
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

**RE:  AHMAD SHREATEH**
     **VS. FANNIE MAE, a/k/a, and MARK HOLMES**
     **DOCKET NO. 04-11713-NMG**

Dear Sir/Madam:

On the above matter Motions and Oppositions have been filed.

A request is made that from February 9 to February 28, 2005, I would appreciate an opportunity to go with my wife on vacation.

At the same time Defense Attorney C. Tama Donovan has informed me that she will on leave for a couple of months. She is expecting a baby.

Thank you.

Very truly yours,

Thornton E. Lallier

TEL:ell
Enclosure
Cc:  C. Tama Donovan, Esq.
     Client

Website: www.lallierlaw.com