FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 JAN 27 P 2: 01

U.S. DISTRICT COURT
DISTRICT OF MASS

AHMAD SHREATH

       Plaintiff

  v.                               Civ. A. No. 04 11713-NMG

FANNIE MAE

       Defendant

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b), Plaintiff moves this Court to Oppose Defendant's Opposition to Plaintiff's Motion to Amend Complaint.

The grounds for this Opposition is set forth in detail in the accompanying memorandum.

### LOCAL RULE 7.1 (A)(2) CERTIFICATION

Pursuant to LR 7.1(A)(2), counsel for the Plaintiff certifies that they have contacted Defendant's Attorney of record in an attempt to resolve or narrow the issues addressed in this Motion/Opposition.

                                         Respectfully submitted
                                       by the Plaintiff's Attorney,

                                       Thornton E. Lallier
                                       BBO #283680
                                       Lallier Law Office
                                       159 Main Street
                                       Amesbury, Ma. 01913
                                       978.388.9500

Dated: January 26, 2005