## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AHMAD SHREATEH,<br><br>                    Plaintiff,<br><br>v.<br><br>FANNIE MAE,<br><br>                    Defendants. | Civ. A. No. 04 11713-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ahmad Shreateh and Defendant Fannie Mae hereby stipulate to the dismissal of this action, with prejudice, with all appellate rights waived, and with each party to bear their own litigation expenses.

Respectfully submitted by,

| AHMAD SHREATEH<br>By his attorney, | FANNIE MAE,<br>By its attorneys, |
|---|---|
| /s/ Thornton E. Lallier<br>Thornton E. Lallier (BBO# 283680)<br>Lallier Law Office<br>159 Main Street<br>P.O. Box 689<br>Amesbury, MA 01913<br>(978) 388-9500 | /s/ C. Tama Donovan<br>Neil Jacobs (BBO# 249300)<br>C. Tama Donovan (BBO# 641292)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 |

Dated:  July 12, 2006